

# GERSON & SCHWARTZ, P.A.

June 1, 2023

**Certified Mail Return Receipt Requested**
**# 9589 0710 5270 0645 1548 44**

Norwegian Cruise Line
Attention: Risk Management
7665 Corporate Center Drive
Miami, FL  33126

RE:   Our Client:    Stephanie Parez
         Vessel:        Norwegian Pearl
         Date of Loss: April 17, 2023
         Location:     Deck 12 near Adult Hot Tub

Dear Sir or Madam:

Please be advised that the undersigned represents the above referenced individual, who was injured aboard your vessel on April 17, 2023. At the place referenced herein, our client was walking near the hot tub on Deck 12 when she slipped and fell on the wet floor. As a result, our client sustained pulled muscles in her neck and shoulder, and a torn meniscus in her left knee.

Liability for this accident is based on failure to properly maintain the wet floor on Deck 12 in a reasonably safe condition and failure to warn. This letter shall serve as my client's notice of intent to file a claim pursuant its passenger ticket contract. Request is made that all future correspondence concerning its claim is directed to the undersigned.

This letter shall also serve as our formal request to provide all shipboard and shore side medical records, bills, reports, medical forms, passenger injury and other witness statements, accident scene photographs and video recordings of this incident and copy of the stateroom account for the entire voyage.

Moreover, please provide a copy of United States Coast Guard Form 2692, together with all other accident and investigative records in your possession.

Request is made that you provide us with this information within (20) days from the date of this letter. Failure to comply with this request within the time stated herein may result in a lawsuit filed against you. A signed Patient Authorization for the Release of Protected Health Information is enclosed.

Norwegian Cruise Line
June 1, 2023
Page 2


Should you have any questions or comments, kindly notify me at once.

Very Truly Yours,

/s/ *Nicholas I. Gerson*
NICHOLAS I. GERSON

NIG/va
Enclosure

1980 Coral Way ▪ Miami, Florida 33145-2624
Dade (305) 371-6000 ▪ Broward (954) 845-0535 ▪ Fax (305) 371-5749 ▪ Toll Free (877) 475-2905
www.injuryattorneyfla.com