UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21381-DPG

STEPHANIE PAREZ,

       Plaintiff,

v.

NCL (BAHAMAS) LTD., a
Bermuda Corporation d/b/a
NORWEGIAN CRUISE LINES,

       Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in this case, including **TRIAL**, and entry of final judgment with respect thereto.*

By:

| | |
|---|---|
| */s/ Nicholas I. Gerson* | */s/ Todd L. Sussman* |
| **NICHOLAS I. GERSON, ESQ.** | **TODD L. SUSSMAN, ESQ.** |
| Florida Bar No. 20899 | Florida Bar No. 0084729 |
| **GERSON & SCHWARTZ, P.A.** | **NORWEGIAN CRUISE LINE** |
| 1980 Coral Way | 7665 Corporate Center Drive |
| Miami, FL 33145-2624 | Miami, Florida 33126 |
| Telephone: (305) 371-6000 | Telephone: (305) 436-4653 |
| Facsimile: (305) 371-5749 | Facsimile: (305) 468-2132 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

---

* A Magistrate Judge may conduct jury trials if the underlying claims support a demand for jury. In addition, a Magistrate Judge can generally accommodate special settings.